# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I. (a)    PLAINTIFFS**
INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and ELEKTRA ENTERTAINMENT GROUP INC.

**(b)   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
Los Angeles County, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANT**
JOHN DOE
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
HOLME ROBERTS & OWEN LLP
Matthew F. Jaksa (SBN: 248072)    Phone: (415) 268-2000
560 Mission Street, 25th Floor    Fax: (415) 268-1999
San Francisco, CA  94105-2994

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION (PLACE AN "√" IN ONE BOX ONLY)

☐1  U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "√" IN ONE BOX FOR
(For Diversity Cases Only)   PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN    (PLACE AN √" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422      Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | ☐ 620   Other   Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625   Drug   Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150   Recovery   of Overpayment & Enforcement of Judgment | ☐ 330   Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | | | ☐ 640 RR & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710   Fair   Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720   Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 190 Other Contract | | | | ☐ 863 DIWC/DIWW 405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 195 Contract Product Liability | | | ☐ 730   Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790   Other   Labor Litigation | ☐ 870   Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/disab - Empl | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer w/disab –Other | ☐ 555 Prison Condition | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
17 U.S.C. § 501 et seq. – copyright infringement

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23:
DEMAND $ Statutory damages; injunction
☐ CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT    (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY)    ☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE    February 21, 2008

SIGNATURE OF ATTORNEY OF RECORD

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
4  Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ZOMBA
8  RECORDING LLC; CAPITOL RECORDS,
   INC.; WARNER BROS. RECORDS INC.;
9  and ELEKTRA ENTERTAINMENT
   GROUP INC.
10

FILED

09 FEB 21 PM 4:5

CHAEL ... WILKING
...K U.S. DISTRICT COURT
... ...RNIA

E-filing

11
12              UNITED STATES DISTRICT COURT        **BZ**
13              NORTHERN DISTRICT OF CALIFORNIA
                _____ DIVISION
14
   INTERSCOPE RECORDS, a California general   **CV** NO. **08        1047**
15 partnership; UMG RECORDINGS, INC., a
   Delaware corporation; SONY BMG MUSIC       CASE NO._____
16 ENTERTAINMENT, a Delaware general
   partnership; ZOMBA RECORDING LLC, a        **COMPLAINT FOR COPYRIGHT
17 Delaware limited liability company; CAPITOL INFRINGEMENT**
   RECORDS, INC., a Delaware corporation;
18 WARNER BROS. RECORDS INC., a Delaware
   corporation; and ELEKTRA
19 ENTERTAINMENT GROUP INC., a Delaware
   corporation,
20
21              Plaintiffs,
22
23         v.
24
   JOHN DOE,
25              Defendant.
26
27
28

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35668 v1

## JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

## PARTIES

4.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

5.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

7.    Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35668 v1

1    9.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing

2    under the laws of the State of Delaware, with its principal place of business in the State of

3    California.

4    10.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and

5    existing under the laws of the State of Delaware, with its principal place of business in the State of

6    New York.

7    11.    The true name and capacity of Defendant are unknown to Plaintiffs at this time.

8    Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant

9    by his or her ISP on the date and time of Defendant's infringing activity.  See Exhibit A.  Plaintiffs

10    believe that information obtained in discovery will lead to the identification of Defendant's true

11    name.

12                                    **COUNT I**

13                        **INFRINGEMENT OF COPYRIGHTS**

14    12.    Plaintiffs incorporate herein by this reference each and every allegation contained in

15    each paragraph above.

16    13.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of

17    exclusive rights under United States copyright law with respect to certain copyrighted sound

18    recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this

19    Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted

20    Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright

21    Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of

22    Exhibit A.

23    14.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the

24    exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted

25    Recordings to the public.

26    15.    Plaintiffs are informed and believe that Defendant, without the permission or consent

27    of Plaintiffs, has continuously used, and continues to use, an online media distribution system to

28    download and/or distribute to the public certain of the Copyrighted Recordings.  Exhibit A identifies

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35668 v1

1    the IP address with the date and time of capture and a list of copyrighted recordings that Defendant

2    has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.

3    Through his or her continuous and ongoing acts of downloading and/or distributing to the public the

4    Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and

5    distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive

6    rights under copyright. (In addition to the sound recordings listed on Exhibit A, Plaintiffs are

7    informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously

8    downloaded and/or distributed to the public additional sound recordings owned by or exclusively

9    licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of

10   infringement are ongoing. Exhibit A includes the currently-known total number of audio files being

11   distributed by Defendant.)

12           16.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on

13   each respective album cover of each of the sound recordings identified in Exhibit A. These notices

14   of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.

15    These published copies were widely available, and each of the published copies of the sound

16   recordings identified in Exhibit A was accessible by Defendant.

17           17.     Plaintiffs are informed and believe that the foregoing acts of infringement have been

18   willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

19           18.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights

20   under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against

21   Defendant for each infringement of each copyrighted recording. Plaintiffs further are entitled to

22   their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

23           19.     The conduct of Defendant is causing and, unless enjoined and restrained by this

24   Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated

25   or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502

26   and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing

27   Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound

28   recordings made in violation of Plaintiffs' exclusive rights.

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35668 v1

1    WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

2        For an injunction providing:

3    "Defendant shall be and hereby is enjoined from directly or indirectly
     infringing Plaintiffs' rights under federal or state law in the
4    Copyrighted Recordings and any sound recording, whether now in
     existence or later created, that is owned or controlled by Plaintiffs (or
5    any parent, subsidiary, or affiliate record label of Plaintiffs)
     ("Plaintiffs' Recordings"), including without limitation by using the
6    Internet or any online media distribution system to reproduce (*i.e.,*
     download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload)
7    any of Plaintiffs' Recordings, except pursuant to a lawful license or
     with the express authority of Plaintiffs.  Defendant also shall destroy
8    all copies of Plaintiffs' Recordings that Defendant has downloaded
     onto any computer hard drive or server without Plaintiffs'
9    authorization and shall destroy all copies of those downloaded
     recordings transferred onto any physical medium or device in
10   Defendant's possession, custody, or control."

11       For statutory damages for each infringement of each Copyrighted Recording pursuant to

12   17 U.S.C. § 504.

13       For Plaintiffs' costs in this action.

14       For Plaintiffs' reasonable attorneys' fees incurred herein.

15       For such other and further relief as the Court may deem just and proper.

16

17   Dated:    February 21, 2008              HOLME ROBERTS & OWEN LLP

18

19                                            By  _____

20                                            MATTHEW FRANKLIN JAKSA
                                              Attorney for Plaintiffs
21                                            INTERSCOPE RECORDS; UMG
                                              RECORDINGS, INC.; SONY BMG MUSIC
22                                            ENTERTAINMENT; ZOMBA RECORDING
                                              LLC; CAPITOL RECORDS, INC.; WARNER
23                                            BROS. RECORDS INC.; and ELEKTRA
                                              ENTERTAINMENT GROUP INC.
24

25

26

27

28

                                         4
     COMPLAINT FOR COPYRIGHT INFRINGEMENT
     Case No. _____
     #35668 v1

**EXHIBIT A**

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.233.40.104 2007-06-11 17:53:09 EDT          **CASE ID#** 132608321

**P2P Network:** GnutellaUS                                      **Total Audio Files: 41**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | Sum 41 | Fat Lip | All Killer No Filler | 298-689 |
| Interscope Records | No Doubt | Spiderwebs | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | I Am the Highway | Audioslave | 322-103 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| Zomba Recording LLC | A Tribe Called Quest | Electric Relaxation | Midnight Marauders | 185-359 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Elektra Entertainment Group Inc. | The Cure | A Letter to Elise | Wish | 148-543 |