1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ZOMBA
8  RECORDING LLC; CAPITOL RECORDS,
   INC.; WARNER BROS. RECORDS INC.;
9  and ELEKTRA ENTERTAINMENT
10 GROUP INC.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION



| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | CASE NO. CV 08 1047 |
|---|---|
| Plaintiffs, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| JOHN DOE, | |
| Defendant. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35705 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS: UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING LLC: SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group Limited.

The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group

1  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
2  publicly traded in the U.S.
3     The following companies are parents of, or partners in Plaintiff ELEKTRA
4  ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
5  Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
6  Group Corp. is publicly traded in the U.S.

9  Dated:   February 21, 2008            HOLME ROBERTS & OWEN LLP

11                                        By _____
                                          MATTHEW FRANKLIN JAKSA
                                          Attorney for Plaintiffs
                                          INTERSCOPE RECORDS; UMG
                                          RECORDINGS, INC.; SONY BMG MUSIC
                                          ENTERTAINMENT; ZOMBA RECORDING
                                          LLC; CAPITOL RECORDS, INC.; WARNER
                                          BROS. RECORDS INC.; and ELEKTRA
                                          ENTERTAINMENT GROUP INC.

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35705 v1