UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant(s). ) <br> _____) | No. C08-1047 BZ <br><br> **ORDER GRANTING** <br> **IMMEDIATE DISCOVERY** |

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on the University of California, Santa Cruz to obtain the identity defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current address and telephone number, permanent address and telephone number, e-mail address, and Media Access Control (MAC) address for John Doe.  Without such discovery, plaintiffs cannot identify the John Doe defendant, and thus cannot pursue their lawsuit to protect their copyrighted works from infringement.

1

1  **IT IS FURTHER ORDERED** that any information disclosed to
2  plaintiffs in response to the Rule 45 subpoena may be used by
3  plaintiffs solely for the purpose of protecting plaintiffs'
4  rights under the Copyright Act.
5  Dated: March 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\INTERSCOPE V. DOE\ORDER granting Immediate Discovery.wpd