Matthew Franklin Jaksa (SBN 24872)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000/Fax: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERSCOPE RECORDS, et al.,

    Plaintiff(s),

v.

JOHN DOE,
    Defendant(s).

No. C 08-01047-BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/7/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")