# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Interscope Records, et al., et al.,

      Plaintiff(s).

      v.

John Doe,

      Defendant(s).

_____/

No. C08-1047 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **June 9, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated:  March 10, 2008

                Richard W. Wieking, Clerk
                United States District Court

                *Lashanda Scott*
                _____
                By: Lashanda Scott - Deputy Clerk to
                Magistrate Judge Bernard Zimmerman

reassign.DCT