1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ZOMBA
8  RECORDING LLC; CAPITOL RECORDS,
   INC.; WARNER BROS. RECORDS INC.;
9  and ELEKTRA ENTERTAINMENT
10 GROUP INC.

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                       SAN FRANCISCO DIVISION

14

15 INTERSCOPE RECORDS, a California general       CASE NO. 3:08-CV-01047-SC
   partnership; UMG RECORDINGS, INC., a
16 Delaware corporation; SONY BMG MUSIC           Honorable Samuel Conti
   ENTERTAINMENT, a Delaware general
17 partnership; ZOMBA RECORDING LLC, a            **NOTICE OF VOLUNTARY DISMISSAL
   Delaware limited liability company; CAPITOL   WITHOUT PREJUDICE**
18 RECORDS, INC., a Delaware corporation;
19 WARNER BROS. RECORDS INC., a Delaware
   corporation; and ELEKTRA
20 ENTERTAINMENT GROUP INC., a Delaware
   corporation,
21
22                 Plaintiffs,

23      v.

24
   JOHN DOE,
25                 Defendant.

26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01047-SC
#37969 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Interscope Records, *et al.*, by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 132608321 with IP address 169.233.40.104
4  2007-06-11 17:53:09 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

7  Dated:  June 2, 2008                              HOLME ROBERTS & OWEN LLP

9                                                    By:  _____*/s/ Matthew Franklin Jaksa*___
                                                         MATTHEW FRANKLIN JAKSA
10                                                       Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01047-SC
#37969 v1