Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; UMG
RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ZOMBA
RECORDING LLC; CAPITOL RECORDS,
INC.; WARNER BROS. RECORDS INC.;
and ELEKTRA ENTERTAINMENT
GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>                Defendant. | CASE NO. 3:08-CV-01047-SC<br><br>Honorable Samuel Conti<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Interscope Records, *et al.*, by and
2   through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3   against Defendant John Doe, also identified as ID # 132608321 with IP address 169.233.40.104
4   2007-06-11 17:53:09 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5   respectfully requested to close this case.

7   Dated:  June 2, 2008                              HOLME ROBERTS & OWEN LLP

9                                                     By:  _____*/s/ Matthew Franklin Jaksa*____
                                                           MATTHEW FRANKLIN JAKSA
10                                                         Attorney for Plaintiffs



NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01047-SC
#37969 v1